FILED
APR 20 2006
U.S. COURT OF FEDERAL CLAIMS

CLOSED, PROTO

# U.S. District Court
# District of Montana LIVE (Butte)
# CIVIL DOCKET FOR CASE #: 2:03-cv-00061-RFC
## Internal Use Only

06-306C

Lange v. Veneman, et al
Assigned to: Judge Richard F. Cebull
Demand: $0
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 07/24/2003
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Teresa Kim Lange** represented by **Gregory C. Black**
CORETTE POHLMAN & KEBE
PO Box 509
Butte, MT 59703
406-782-5800
Fax: 723-8919
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ann Veneman**
*Secretary, United States Department of Agriculture*
represented by **Timothy J. Cavan**
OFFICE OF THE U.S. ATTORNEY
PO Box 1478
Billings, MT 59103-1478
406-657-6101
Fax: 657-6058
Email: Tim.Cavan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

UNITED STATES OF AMERICA } ss.
DISTRICT OF MONTANA
I, PATRICK E. DUFFY, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office
Dated the 6th day of April, 2006.
PATRICK E. DUFFY Clerk
By [signature] Deputy

**Defendant**

**Forest Service** represented by **Timothy J. Cavan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2003 | 1 | COMPLAINT - Original and 5 copys Summonses issued to: cnsl's runner for service. (ELL) (Entered: 07/25/2003) |
| 07/24/2003 | | FILING FEE PAID: on 7/24/03 in the amount of $ 150.00, receipt # 3004 in Butte, MT. (ELL) (Entered: 07/25/2003) |
| 07/24/2003 | | SUMMONS issued as to defendant Ann Veneman (ELL) (Entered: 07/25/2003) |
| 07/25/2003 | | REMARK - File Retained in Butte until answer is filed. (ELL) (Entered: 07/25/2003) |
| 09/29/2003 | 2 | UNOPPOSED MOTION by defendant Ann Veneman, defendant Forest Service to extend time to 10/03/03 to resp to pla complaint (crm) (Entered: 09/29/2003) |
| 10/01/2003 | | FILE DELIVERED to c/c in Billings by cert mail 7002 2030 0000 8022 1564 (crm) (Entered: 10/01/2003) |
| 10/02/2003 | | RECEIVED file in Blgs and delivered to RFC for review of motion. (CAA) (Entered: 10/02/2003) |
| 10/03/2003 | 3 | ANSWER by defendant Ann Veneman, defendant Forest Service complaint [1-1] (SLN) (Entered: 10/05/2003) |
| 10/08/2003 | 4 | ORDER by Judge Richard F. Cebull granting motion to extend time to 10/03/03 to resp to pla complaint [2-1] (cc: all counsel) (HMM) (Entered: 10/09/2003) |
| 10/10/2003 | | FILE DELIVERED to RFC for setting a ppt conf (SLN) (Entered: 10/10/2003) |
| 10/16/2003 | 5 | ORDER by Judge Richard F. Cebull setting the following dates; Preliminary Pretrial Conference set for 9:30 12/10/03; on or before 11/12/03 parties are to confer re: F.R.Civ.P. 26(f), on or before 12/03/03 parties shall file joint disc. report and on or before 12/03/03 counselfs to file prel.pret.stmt. and all other dates included in order. (cc: all counsel) (HMM) (Entered: 10/17/2003) |
| 11/01/2003 | | Docket Modification (Utility Event) Preliminary Pretrial Conference set for 9:30 12/10/03 (SLN) (Entered: 12/04/2003) |

| | | |
|---|---|---|
| 11/19/2003 | 6 | JOINT DISCOVERY PLAN by plaintiff Teresa Kim Lange, defendant Ann Veneman, defendant Forest Service (SLN) (Entered: 11/20/2003) |
| 12/03/2003 | 7 | PRELIMINARY PRETRIAL STATEMENT by defendant Ann Veneman, defendant Forest Service (SLN) (Entered: 12/04/2003) |
| 12/04/2003 | 8 | PRELIMINARY PRETRIAL STATEMENT by plaintiff Teresa Kim Lange (ELL) (Entered: 12/04/2003) |
| 12/04/2003 | | REMARK - Mailed document #8 with copy to Clerk's Office in Billings. (ELL) (Entered: 12/04/2003) |
| 12/10/2003 | 9 | SCHEDULING ORDER by Judge Richard F. Cebull and the following deadlines set; jury trial set for 9:00 12/13/04 ; Preliminary Pretrial Conference held on 12/10/03 ; final pretrial conference set for 10:00 12/3/04 Motion filing ddl 10/18/04; ddl for motions in limine is 11/22/04; Discovery due: 9/17/04; disclosure of dft's damage experts is 7/16/04 and disclosure of plaintiff's damage experts & simultaneous disclosure of liability experts due 6/17/04. (cc: all counsel) (CAA) (Entered: 12/11/2003) |
| 01/08/2004 | 10 | SUPPLEMENT TO PLA PRELIMINARY PRETRIAL STATEMENT by plaintiff Teresa Kim Lange re statement [8-1] (ELL) (Entered: 01/08/2004) |
| 01/08/2004 | | REMARK - Mailed document #10 with copy to Clerk's Office in Billings. (ELL) (Entered: 01/08/2004) |
| 01/14/2004 | 11 | AMENDED SCHEDULING ORDER by Judge Richard F. Cebull to clarify that the jury trial set for this matter at 9:00 a.m. on 12/13/04 will be held in Butte, Montana at the Federal Courthouse with a 7-member jury and is expected to last 5 days. (cc: all counsel) (CAA) (Entered: 01/15/2004) |
| 04/22/2004 | 12 | NOTICE by plaintiff Teresa Kim Lange of taking deposition Ervin Brooks 4/27/04 at 9:00 am; Richard Judge 4/27/04 at 2:00 pm; Lorrie Thormley 4/28/04 at 9:00 am; Jackie Fisher 4/28/04 at 3:00 pm in Butte, MT. (ELL) (Entered: 04/23/2004) |
| 04/23/2004 | | Remark - Mailed document #12 to Clerk's Ofc in Blgs. (ELL) (Entered: 04/23/2004) |
| 06/18/2004 | 13 | DESIGNATION OF EXPERT WITNESSES submitted by plaintiff Teresa Kim Lange (crm) (Entered: 06/18/2004) |

| | | |
|---|---|---|
| 07/22/2004 | 14 | MOTION by defendant Ann Veneman, defendant Forest Service for protective order (SLN) (Entered: 07/23/2004) |
| 07/22/2004 | 15 | Stipulated MOTION by plaintiff Teresa Kim Lange, defendant Ann Veneman, defendant Forest Service for protective order (SLN) (Entered: 07/23/2004) |
| 07/23/2004 | | FILE DELIVERED to RFC for review of prop order (SLN) (Entered: 07/23/2004) |
| 07/26/2004 | 16 | ORDER by Judge Richard F. Cebull granting motion for protective order [15-1] (cc: all counsel) (RMW) (Entered: 07/26/2004) |
| 07/26/2004 | 16 | PROTECTIVE ORDER by Judge Richard F. Cebull and the deft may provide info in rsvp to discovery & in defense of allegations made by pltf, re other Forest Svc employees, who are not parties to this litigation, re promotions & awards given by Forest Svc etc : (cc: all counsel) (RMW) (Entered: 07/26/2004) |
| 07/26/2004 | | Docket Modification (Utility Event) finding the motion for protective order [14-1] moot pursuant to court's order doc #16. (SLN) (Entered: 02/14/2005) |
| 09/10/2004 | 17 | MOTION by plaintiff Teresa Kim Lange for order for settlement conference. (ELL) (Entered: 09/13/2004) |
| 09/10/2004 | 18 | NOTICE by plaintiff Teresa Kim Lange of taking deposition of Janette Kaiser on 9/14/04 at 11:00 am; of Carolyn Holmes on 9/14/04 2:30 pm; of Lorri Ghormley on 9/15/04 9:00 am in Butte, MT. (ELL) (Entered: 09/13/2004) |
| 09/13/2004 | | REMARK - Mailed document #17 and 18 to Clerk's Office in Blgs. (ELL) (Entered: 09/13/2004) |
| 09/14/2004 | | FILE DELIVERED to RFC for see # 17 (RMW) (Entered: 09/14/2004) |
| 09/24/2004 | 19 | Unopposed MOTION by defendant Ann Veneman, defendant Forest Service to extend fully-briefed Motions deadline from 10-18-04, to 10-25-04 (RMW) (Entered: 09/27/2004) |
| 09/24/2004 | | REMARK Lodged PO re # 19 and to RFC (RMW) (Entered: 09/27/2004) |
| 09/29/2004 | 20 | ORDER by Judge Richard F. Cebull granting motion to extend fully-briefed Motions deadline from 10-18-04, to 10-25-04 |

| | | |
|---|---|---|
| | | [19-1] (cc: all counsel) (CAA) (Entered: 10/01/2004) |
| 10/01/2004 | 21 | MOTION by defendant Ann Veneman, defendant Forest Service for summary judgment (CAA) (Entered: 10/04/2004) |
| 10/01/2004 | 22 | MEMORANDUM/BRIEF by defendant Ann Veneman, defendant Forest Service in support of motion for summary judgment [21-1] (CAA) (Entered: 10/04/2004) |
| 10/01/2004 | 23 | STATEMENT of uncontroverted facts by defendant Ann Veneman, defendant Forest Service in support of [21-1] (CAA) (Entered: 10/04/2004) |
| 10/04/2004 | | FILE DELIVERED to RFC's desk for review of motion for settlement conference. (CAA) Modified on 10/10/2004 (Entered: 10/04/2004) |
| 10/04/2004 | 24 | AFFIDAVIT of Carol Kittson (CAA) (Entered: 10/08/2004) |
| 10/25/2004 | 25 | MOTION by plaintiff Teresa Kim Lange to extend time for pla to file Brief in Opposition of Motion for Summary Judgment to 11/3/04. (ELL) (Entered: 10/26/2004) |
| 10/25/2004 | | Lodged PROPOSED Order submitted by plaintiff Teresa Kim Lange RE Motion #25. (ELL) (Entered: 10/26/2004) |
| 10/26/2004 | | REMARK - Mailed document #25 with copy and proposed Order to Clerk's office in Billings for review by Judge Cebull. (ELL) (Entered: 10/26/2004) |
| 10/29/2004 | 26 | ORDER by Judge Richard F. Cebull granting motion to extend time for pla to file Brief in Opposition of Motion for Summary Judgment to 11/3/04. [25-1] setting mtion resp ddl set for 11/3/04 for Teresa Kim Lange (cc: all counsel) (HMM) (Entered: 10/29/2004) |
| 11/09/2004 | 27 | RESPONSE by plaintiff Teresa Kim Lange to motion for summary judgment [21-1] (crm) (Entered: 11/09/2004) |
| 11/09/2004 | 28 | STATEMENT OF GENUINE ISSUES by plaintiff Teresa Kim Lange in support of [27-1] (crm) (Entered: 11/09/2004) |
| 11/15/2004 | | FILE DELIVERED to motions drawer for 11/22/04 for reply to M/SJ (SLN) (Entered: 11/15/2004) |
| 11/22/2004 | 29 | Unopposed MOTION by defendant Ann Veneman, defendant Forest Service to extend time for deft to file reply re Deft M/SJ to & including 11/30/04 (RMW) (Entered: 11/23/2004) |

| | | |
|---|---|---|
| 11/22/2004 | | Lodged PO & FILE DELIVERED to RFC for review of # 29 (RMW) (Entered: 11/23/2004) |
| 11/23/2004 | 30 | ORDER by Judge Richard F. Cebull: on the Court's own Motion, the FPT set for 12/3/04 and the trial set for 12/13/04 are vacated & sets phone sch conf: ; final pretrial conference vacated on 11/23/04 ; Jury trial vacated 11/23/04 ; phone sch/status hearing set for 9:30 1/7/05 in Blgs MT before RFC and counsels are directed to arrange for one call to the Chambers line at the time specified (cc: all counsel) (RMW) (Entered: 11/23/2004) |
| 11/24/2004 | 31 | ORDER by Judge Richard F. Cebull granting motion to extend time for deft to file reply re Deft M/SJ to & including 11/30/04 [29-1] (cc: all counsel) (HMM) (Entered: 11/24/2004) |
| 11/30/2004 | 32 | REPLY by defendant Ann Veneman, defendant Forest Service to response to motion for summary judgment [21-1] file delivered to: RFC (RMW) (Entered: 11/30/2004) |
| 11/30/2004 | 33 | Supplemental STATEMENT of Uncontroverted facts by defendant Ann Veneman, defendant Forest Service (RMW) (Entered: 11/30/2004) |
| 12/01/2004 | 34 | MOTION by plaintiff Teresa Kim Lange for order to consolidate settlement conferences (ELL) (Entered: 12/02/2004) |
| 12/02/2004 | | REMARK - Mailed document #34 to Clerk's Office in Billings for Review by Judge Cebull. (ELL) (Entered: 12/02/2004) |
| 12/03/2004 | 35 | MOTION by defendant Ann Veneman, defendant Forest Service for leave to file original discovery including the original depositions of T.K. Lange, Catherine Frey, Carolyn Holmes, Janette Kaiser, Randall Scott, Lorri Ghormley and Pltf's response to dft's first interrogs & req for prod. (SLN) (Entered: 12/06/2004) |
| 12/03/2004 | | ******* BEGIN VOLUME #2 WITH DOCUMENT #36 **************** (CAA) (Entered: 01/10/2005) |
| 12/06/2004 | | PROPOSED order to file disc submitted by defendant Ann Veneman, defendant Forest Service and delvd to RFC as file is there. (SLN) (Entered: 12/06/2004) |
| 12/06/2004 | 36 | ORDER by Judge Richard F. Cebull granting deft motion for leave to file original discovery including the original |

| | | |
|---|---|---|
| | | depositions of T.K. Lange, Catherine Frey, Carolyn Holmes, Janette Kaiser, Randall Scott, Lorri Ghormley and Pltf's response to dft's first interrogs & req for prod. [35-1] (cc: all counsel) (RMW) (Entered: 12/06/2004) |
| 12/07/2004 | | FILE DELIVERED to RFC chambers for review of #34 (POC) (Entered: 12/07/2004) |
| 12/14/2004 | 37 | RESPONSES TO DFTS FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION by plaintiff Teresa Kim Lange (ELL) (Entered: 12/15/2004) |
| 12/14/2004 | 38 | DEPOSITION of Janette Kaiser taken on the following date (s): 9/14 9/15/04 at Butte, MT for plaintiff Teresa Kim Lange (ELL) (Entered: 12/15/2004) |
| 12/14/2004 | 39 | DEPOSITION of Lorri Ghormley taken on the following date (s): 12/15/04 at Butte, MT for plaintiff Teresa Kim Lange (ELL) (Entered: 12/15/2004) |
| 12/14/2004 | 40 | DEPOSITION of Carolyn Holmes taken on the following date (s): 9/14/04 at Butte, MT for plaintiff Teresa Kim Lange (ELL) (Entered: 12/15/2004) |
| 12/14/2004 | 41 | DEPOSITION EXHIBITS by plaintiff Teresa Kim Lange (ELL) (Entered: 12/15/2004) |
| 12/15/2004 | | REMARK - Mailed document #37, #38, 39, 40 and 41 to Clerk's Office in Billings. Originals in Brown Expando. Note that document #38, 39, 40 and 41 are also docketed in CV-03-52-BU-RFC. (ELL) Modified on 12/15/2004 (Entered: 12/15/2004) |
| 01/10/2005 | 42 | SCHEDULING ORDER Judge Richard F. Cebull ; jury trial set for 9:00 a.m. on 11/14/05 ( 7-member jury and 5 days expected) ; final pretrial conference set for 1:30 p.m. on 11/3/05 ; motion brief ddl for motions in limine is set for 10/24/05 for Forest Service, for Ann Veneman, for Teresa Kim Lange; Discovery due: N/A; Status report: N/A; (cc: all counsel) (CAA) (Entered: 01/10/2005) |
| 01/10/2005 | | FILE DELIVERED to RFC (jh) for review (SLN) (Entered: 01/10/2005) |
| 01/10/2005 | 43 | NOTICE by defendant Ann Veneman, defendant Forest Service of filing original discovery purs to court's order of 12/6/04 (SLN) (Entered: 01/11/2005) |

| | | |
|---|---|---|
| 01/10/2005 | 44 | Original DEPOSITION of Teresa Kim Lange taken on the following date(s): 4/26/04 at 9:00 a.m. in Butte, MT for defendant Ann Veneman, defendant Forest Service....( IN SEPARATE EXPANDO WITH FILE) (SLN) (Entered: 01/11/2005) |
| 01/10/2005 | 45 | Original DEPOSITION of Randall Keith Scott taken on the following date(s): 9/16/04 at 9 a.m. in Butte,MT for defendant Ann Veneman, defendant Forest Service...(ORIGINAL IN SEPARATE EXPANDO WITH FILE) (SLN) (Entered: 01/11/2005) |
| 01/20/2005 | 46 | NOTICE of filing orig discovery purs to court's order of 12/6/04 by defendant Ann Veneman, defendant Forest Service (SLN) (Entered: 01/24/2005) |
| 01/20/2005 | 47 | Original DEPOSITION of Catherine Frey taken on the following date(s): 9/15/04 at Butte, MT for defendant Ann Veneman, defendant Forest Service...IN SEPARATE EXPANDO WITH FILE (SLN) (Entered: 01/24/2005) |
| 01/26/2005 | 48 | ORDER by Judge Richard F. Cebull granting govt's motion for summary judgment with regard to Lange's discrimination claims (Counts 1 & 2) and denied as to all other claims [21-1]. (cc: all counsel) (SLN) (Entered: 01/26/2005) |
| 02/15/2005 | 49 | ORDER by Judge Richard F. Cebull denying motion for order to consolidate settlement conferences [34-1], granting motion for order for settlement conference [17-1]. Both matters are referred to Judge Anderson for the limited purpose of conducting formal settlement conferences. (cc: all counsel) (SLN) (Entered: 02/16/2005) |
| 02/16/2005 | | FILE DELIVERED to RWA for setting settlement conf (SLN) (Entered: 02/16/2005) |
| 08/19/2005 | 50 | MOTION by defendant Ann Veneman for leave to file a motion to dismiss or to trf this action to U.S. Court of Federal Claims (SLN) Modified on 08/22/2005 (Entered: 08/22/2005) |
| 08/19/2005 | | PROPOSED orig M/dism & Sup brf submitted by defendant Ann Veneman along with prop order to file M/Dism & Sup Brf (SLN) Modified on 08/22/2005 (Entered: 08/22/2005) |
| 08/23/2005 | 51 | ORDER by Mag Judge Richard W. Anderson declining to schedule a settlement conference due to Dft's request to file jurisdictional motions. Once motions are resolved, parties may |

| | | |
|---|---|---|
| | | contact the court to set settlement conference. (cc: all counsel) (POC) (Entered: 08/23/2005) |
| 08/23/2005 | | FILE DELIVERED to RFC for review per NOB (POC) (Entered: 08/23/2005) |
| 09/02/2005 | 52 | MOTION by plaintiff Teresa Kim Lange to extend time to 9/16/05 to file respm to deft's motion for leave to file a mtn dismiss (crm) Modified on 09/21/2005 (Entered: 09/06/2005) |
| 09/02/2005 | | PROPOSED ORDER re[52-1] submitted by plaintiff Teresa Kim Lange (crm) (Entered: 09/06/2005) |
| 09/07/2005 | | FILE DELIVERED to RWA for review of proposed order (#52) (JDH) (Entered: 09/07/2005) |
| 09/12/2005 | 53 | ORDER by Judge Richard F. Cebull granting motion to extend time to 9/16/05 to file response in oppo to deft's motion for leave to file a motion dismiss [52-1] (cc: all counsel) (SLN) Modified on 09/21/2005 (Entered: 09/12/2005) |
| 09/16/2005 | 54 | RESPONSE by plaintiff Teresa Kim Lange to motion for leave to file a motion to dismiss or to trf this action to U.S. Court of Federal Claims [50-1] (ELL) (Entered: 09/16/2005) |
| 09/16/2005 | | REMARK - Mailed document #54 with copy to Clk in Blgs. (ELL) (Entered: 09/16/2005) |
| 09/21/2005 | | FILE DELIVERED to RFC for review of dft's M/for leave to file a motion to dismiss (SLN) (Entered: 09/21/2005) |
| 09/29/2005 | 55 | REPLY by defendant Ann Veneman, defendant Forest Service to response to motion for leave to file a motion to dismiss or to trf this action to U.S. Court of Federal Claims [50-1] file delivered to: RFC (SLN) (Entered: 09/30/2005) |
| 10/25/2005 | 56 | ORDER by Judge Richard F. Cebull ; final pretrial conference vacated on 10/25/05 ; Jury trial vacated 10/25/05 ; telephone status/scheduling conference set for 10:00 11/21/05 and counsel are directed to arrange for one call to Chambers as specified in this Order. (cc: all counsel) (CAA) (Entered: 10/26/2005) |
| 11/23/2005 | 57 | SCHEDULING ORDER: Final Pretrial Conference set for 11/9/2006 10:00 AM in Billings, MT before Judge Richard F. Cebull. Jury Trial set for 12/4/2006 09:00 AM in Butte, MT before Judge Richard F. Cebull. Proposed Pretrial Order and Proposed Jury Instructions (both on disk) and Trial Briefs due |

CM/ECF - District of Montana LIVE - Docket Report Page 10 of 10

| | | |
|---|---|---|
| | | by 11/3/2006. Motions in Limine ddl is 11/3/06. Notice of Intent to Use Real Time CDROM or Video Conf for Witnesses ddl is 11/3/06. Signed by Judge Richard F. Cebull on 11/23/2005. (ELL, ) (Entered: 11/23/2005) |
| 11/23/2005 | | ***Deadlines terminated. Scheduling Conference held 11/21/05. (ELL, ) (Entered: 11/23/2005) |
| 12/08/2005 | 58 | ORDER granting [50] Motion for Leave to File Motion to Dismiss Beyond Court's Motions Deadline; Defendant's Motion to Dismiss or to Transfer to US Court of Federal Claims deemed filed as of date of this Order; Plaintiff has 20 days to respond. Signed by Judge Richard F. Cebull on 12/8/2005. (ema) (Entered: 12/08/2005) |
| 12/08/2005 | 59 | MOTION to Dismiss, OR to Transfer to the United States Court of Federal Claims by Ann Veneman, Forest Service. (ELL, ) (Entered: 01/05/2006) |
| 12/08/2005 | 60 | RESPONSE in Support re 59 MOTION to Dismiss MOTION to Transfer to filed by Ann Veneman, Forest Service. (ELL, ) (Entered: 01/05/2006) |
| 01/03/2006 | 61 | RESPONSE in Opposition re 59 MOTION to Dismiss MOTION to Transfer to filed by Teresa Kim Lange. (ELL, ) (Entered: 01/05/2006) |
| 01/18/2006 | 62 | ORDER withdrawing 59 Motion to Dismiss, granting 59 Motion to Transfer . IT IS ORDERED that Dft Motion to Transfer to the Federal Court of Claims is GRANTED. This case is transferred to the USC of Federal Claims pursuant to 28 USC 1631. Signed by Judge Richard F. Cebull on 1/18/2006. (ELL, ) (Entered: 01/18/2006) |
| 04/06/2006 | | ***Civil Case Terminated. Case transferred to Federal Court of Claims in Washington DC. (documents 1-62, certified copy of docket sheet and 2 expando files with Transcripts #28, #38, #39,#40, #44, #45, #47....mailed to U.. Court of Federal Claims, 717 Madison Place NW, Washington DC 20005, Clerk of Court Brian Bishop) (SLN, ) (Entered: 04/06/2006) |