# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed June 28, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **TERESA KIM LANGE,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER TO SHOW CAUSE

---

This case was filed on April 20, 2006, on transfer from the United States District Court for the District of Montana. Gregory Black, who appeared of record for plaintiff in that Court was so noted here. Mr. Black is not a member of the bar of the United States Court of Federal Claims. On said date, the appropriate notice indicating the filing here was forwarded to said attorney together with instructions as to further proceedings pursuant to Rule 3.1, including a note that "failure to comply with the enclosed instructions, within the time provided, may result in the case being dismissed for failure to prosecute." The time as provided for in Rule 3.1 expired on **May 18, 2006**. Nothing has been received and plaintiff is in default. As such, Plaintiff's counsel is hereby directed become admitted to the United States Court of Federal Claims, obtain an ECF account and file an amended/transfer complaint in paper form with an original and seven copies.

IT IS HEREBY ORDERED this date that absent compliance by plaintiff by **July 14, 2006**, the clerk is directed to enter judgment dismissing the case pursuant to Rule 41(b) for failure of plaintiff to prosecute or otherwise comply with the rules of this court.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**