# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed September 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERESA KIM LANGE,** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On September 12, 2006, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including **October 12, 2006**, within which to file its response to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**