IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERESA KIM LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-306C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 32 calendar days, to and including November 13, 2006, within which to file its response to plaintiff's complaint in this case. Defendant's response currently is due to be filed on October 12, 2006. This is defendant's second request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion, and he has stated that plaintiff does not oppose this motion.

The additional time is necessary because counsel for defendant has not yet received all of the agency's comments regarding plaintiff's complaint. We rely upon agency counsel to prepare a litigation report concerning the case, pursuant to 28 U.S.C. § 520, so that we may properly respond to actions filed against the United States. Although undersigned counsel for defendant has received documents from the agency, she expects to receive additional information from the agency within the next few weeks. This information will allow counsel for defendant to complete defendant’s response to the complaint. Thus, the

additional time is necessary within which to receive necessary information from the agency, and complete and file our response to plaintiff's complaint.

For the foregoing reason, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OCTOBER 12, 2006

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 12th day of October, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore