# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed January 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERESA KIM LANGE,** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**
**SCHEDULING STATUS CONFERENCE**

Pursuant to the agreement of the parties, the court will conduct a preliminary scheduling conference, via telephone, at **11:00 a.m. EST, Thursday, February 8, 2007.** The court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**