IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERESA KIM LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-306C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES

Defendant, upon behalf of both parties, respectfully requests an enlargement of time of 11 calendar days, to and including February 12, 2007, within which to submit the initial disclosures in this case. The parties' initial disclosures currently are due to be submitted to each other on February 1, 2007. This is either party's first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion, and he has stated that plaintiff concurs in this motion.

The additional time is necessary because counsel for the parties have not yet completed their initial disclosures. Although undersigned counsel for defendant has begun preparation of the Government's initial disclosures, she has not yet completed it. Specifically, in the past few weeks, counsel for defendant has been responsible for the following: preparation for and participation in oral argument in Brent v. Department of Justice, No. 2006-3153 (Fed. Cir.); preparation and submission of defendant's initial disclosures in Yates International v. United

States, No. 06-157C (Fed. Cl.); preparation of the Government's answer in Yates International v. United States, No. 06-833C (Fed. Cl.); and preparation for and participation in settlement discussions in Government Telecommunications, Inc. v. United States, No. 05-463 (Fed. Cl.). Additionally, counsel for defendant was out of the office on leave from January 24-29, 2007. Thus, the additional time is necessary within which to prepare and submit the Government's initial disclosures to plaintiff. Counsel expects that an enlargement of time of 11 calendar days will be sufficient for this purpose.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time, upon behalf of both parties, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

FEBRUARY 1, 2007

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 1st day of February, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system, and that the parties may access this filing through the Court’s system.

/s/ Lauren S. Moore