# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed February 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERESA KIM LANGE,** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING**
**MOTION FOR AN ENLARGEMENT OF TIME**

---

On January 31, 2007, Defendant filed a motion, on behalf of both parties, for an enlargement of time of 11 days, to and including **February 12, 2007**, within which to submit their initial disclosures. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**