# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed February 21, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TERESA KIM LANGE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER AMENDING TRIAL DATE

---

1. Trial. Trial will be conducted on Tuesday through Thursday, **October 2-4, 2007** at the U.S. District Court for the District of Montana, 400 North Main, Butte, Montana, 59701**.** Trial will begin at 9:30 a.m. MT on each day, and conclude at 5:00 p.m. unless the Court otherwise orders. During each day of trial, the Court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the Court is willing to sit late to accommodate the schedules of witnesses and counsel.

**IT IS SO ORDERED.**

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**