Gregory C. Black
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, Montana 59703
Telephone: (406) 782-5800
Facsimile: (406) 723-8919
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERESA KIM LANGE, Plaintiff, | * | No. 06-306C<br>Judge Mary Ellen Coster Williams |
| -vs- | * | **JOINT MOTION FOR EXTENSION OF TIME AND MODIFICATION OF SCHEDULING ORDER** |
| MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMES NOW plaintiff Teresa Kim Lange, by and through her counsel of record, Corette Pohlman & Kebe, and moves the court to modify its Scheduling Order dated February 9, 2007, to allow plaintiff to respond to defendant's Motion for Partial Dismissal no later than May 4, 2007. Counsel for defendant has been contacted and has no objection to this extension so long as the deadline for defendant to file its reply brief is extended to May 17, 2007. Plaintiff has no objection to defendant's request for extension. Wherefore, the parties, through counsel, request this court to enter an Order extending these deadlines in the Scheduling Order.

DATED this 16th day of April, 2007.

CORETTE POHLMAN & KEBE

By /s/ GREGORY C. BLACK
Gregory C. Black
Attorneys for Plaintiff