# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed April 17, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERESA KIM LANGE,** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER AMENDING SCHEDULE

---

On April 16, 2007, Plaintiff filed an unopposed motion for an enlargement of time to respond to Defendant's partial motion to dismiss, filed March 15, 2007. Absent objection, Plaintiff's motion is **GRANTED**. Plaintiff's response shall be filed no later than **May 4, 2007**. Defendant's reply shall be filed no later than **May 17, 2007**.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**