IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERESA KIM LANGE, Plaintiff, | ) | |
| v. | ) | No. 06-306C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to Appendix A of the Rules of this Court, and the Court's order dated February 9, 2007, defendant submits this witness list.

Defendant may call the following witnesses at trial:

1. Theresa K. Lange
c/o Gregory C. Black, Esq.
129 West Park Street
P.O. Box 509
Butte, MT 59703
(406) 782-5800

Ms. Lange is expected to testify regarding her employment positions and daily job responsibilities at the Department of Agriculture, United States Forest Service ("Forest Service"), from May, 1997 until July, 2003. She will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require three hours.

2. Randall K. Scott
Beaverhead-Deerlodge National Forest
U.S. Forest Service
1820 Meadowlark Lane
Butte, MT 59701
(406) 494-0224

Mr. Scott is expected to testify regarding his employment positions and daily job responsibilities at the Forest Service, from May, 1997 until July, 2003. He will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require three hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

TOM BARNETT
Attorney
Department of Agriculture

JULY 5, 2007

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 5th day of JULY, 2007, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore