IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERESA KIM LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-306C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S EXHIBIT LIST</u>

Pursuant to Appendix A of the Rules of this Court, and the Court's order dated February 9, 2007, defendant submits this exhibit list.

1. Letter designating Ms. Lange as contracting officer's representative, dated July 17, 1998
2. Request for Personnel Action, dated September 14, 2000
3. Notification of Personnel Action, dated September 24, 2000
4. Memorandum from Lorri Ghormley to Theresa Lange, dated October 24, 2000
5. Notification of Personnel Action, dated November 5, 2000
6. Minutes of meeting dated April 27, 2001
7. 2001 General Schedule Locality Rates of Pay
8. Final Agency Decision, dated July 2, 2003
9. Memorandum from Debbie Gibson, Employment Officer, to Kim Lange, dated July 7, 2003
10. Notification of Personnel Action, dated July 13, 2003

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

TOM BARNETT
Attorney
Department of Agriculture

JULY 5, 2007

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 5th day of JULY, 2007, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore