Gregory C. Black
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, Montana 59703
Telephone: (406) 782-5800
Facsimile: (406) 723-8919

Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TERESA KIM LANGE,<br><br>Plaintiff,<br><br>-vs-<br><br>MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>Defendant. | No. 06-306C<br>Judge Mary Ellen Coster Williams<br><br>**PLAINTIFF'S MOTION TO SUSPEND SCHEDULING ORDER** |

COMES NOW the plaintiff, THERESA KIM LANGE, and hereby moves this Court for an Order suspending the current scheduling order pending a ruling on Defendant's Motion for Partial Dismissal.

This Motion is made because this Court's ruling on the Motion for Partial Dismissal will, most likely, preclude the need for a trial. Counsel for the parties have been conferring and have determined that if the motion is granted, the remaining issues are easily resolved and if the motion is denied, defendant has expressed serious interest in settling the case.

Both parties wish to avoid the time and expense of preparing the Final Pre-trial Order and other pre-trial matters pending this Court's ruling on the motion.

Counsel for defendant has been contacted and concurs in this Motion.

DATED this 19th day of July, 2007.

CORETTE POHLMAN & KEBE

By /s/ GREGORY C. BLACK
129 West Park Street
P.O. Box 509
Butte, Montana 59703
Telephone:(406) 782-5800
Facsimile:(406) 723-8919
Attorneys for Plaintiff

**CERTIFICATION OF ELECTRONIC FILING**

I hereby certify that on the 19th day of July, 2007, a copy of the foregoing *"Plaintiff's Motion to Suspend Scheduling"* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

CORETTE POHLMAN & KEBE

/s/ Gregory C. Black