# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed July 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **TERESA KIM LANGE,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court held a status conference in this case on July 24, 2007. As agreed by the parties in the status conference, the Court ORDERS Plaintiff to file, on behalf of both parties, a joint status report no later than **August 24, 2007**, on the ongoing settlement discussions.

In addition, the Court **GRANTS** Plaintiff's July 19, 2007 motion to suspend the Court's February 9, 2007 trial scheduling order.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**