# In the United States Court of Federal Claims

**No. 06-306C**
**(Filed: September 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERESA KIM LANGE,** *
*
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**
**SCHEDULING STATUS CONFERENCE**

---

The court will conduct a telephonic status conference, at **11:30 a.m. EST, Thursday, September 20, 2007**, regarding the progress of settlement discussions. The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**