IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERESA KIM LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-306C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's oral order dated October 22, 2007 the parties submit this joint status report.

The parties have tentatively settled this case. Counsel for defendant is in the process of preparing and submitting a settlement memorandum to officials at the Department of Justice. Should the tentative settlement be approved by the Authorized Representative of the Attorney General, the parties will file a joint stipulation for entry of judgment with the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Gregory C. Black

GREGORY C. BLACK
Corette, Pohlman & Kebe, P.C.
P.O. Box 509
129 W. Park Street, Ste. 301
Butte, Montana 59701
Tele: (406) 782-5800
Fax: (406) 723-8919

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

OCTOBER 23, 2007

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 23th day of October, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore