IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERESA KIM LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-306C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE

The parties have settled this case and stipulate that this case should be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director
Authorized Representative for the Attorney General

s/ Gregory C. Black

GREGORY C. BLACK
Corette, Pohlman & Kebe, P.C.
P.O. Box 509
129 W. Park Street
Suite 301
Butte, Montana 59701
Tele: (406) 782-5800
Fax: (406) 723-8919

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

FEBRUARY 7, 2008

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 7th day of February, 2008, a copy of the foregoing "JOINT STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore